CONCETTA LAPLACA, as Administratrix of the Estate of LIBORIO LAPLACA, Deceased, Respondent, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

*Laplaca* v. *Lake Shore & M. S. Ry. Co.,* 127 App. Div. 843, affirmed.
(Argued January 15, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 15, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's

intestate alleged to have occurred through defendant's negligence.

*Thomas D. Powell* for appellant.

*Horace O. Lanza, J. R. Borzilleri* and *Frank A. Miceli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, VANN, WERNER and HISCOCK, JJ. Dissenting: CULLEN, Ch. J., GRAY and HAIGHT, JJ.